Moses Tonkllie TOLBERT,
Petitioner–Appellant,

v.

John ASHCROFT, Attorney General,
Respondent–Appellee.

No. 02–6858.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Moses Tonkllie Tolbert, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Nadira Clarke, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Moses Tonkllie Tolbert appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Tolbert v. Ashcroft,* No. CA–02–36–JFM (D.Md. Apr. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*